CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6418
Email: Susan.Cushman@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK EDWARD WILSON,<br><br>Defendant. | 2:92-mj-277-VCF<br><br>**ORDER TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |

COMES NOW, the United States of America by and through CHRSITOPHER CHIOU, Acting United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and files its Motion to Dismiss the Complaint and Quash the Arrest Warrant as to the captioned defendant.

On December 9, 1992, a Criminal Complaint was filed charging defendant Kirk Edward WILSON with Theft of Mail by a Postal Employee in violation of 18 U.S.C. § 1709. ECF 1. The arrest warrant in this case has never been executed as to the captioned defendant.

Therefore, the United States respectfully requests that the Complaint be dismissed and the corresponding Arrest Warrant issued be quashed in the captioned matter.

Dated this 24th day of June, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

The Government's motion is hereby GRANTED.

SO ORDERED:

CAM FERENBACH
United States Magistrate Judge

Dated: June 24, 2021